IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANNA BERNSTEIN, | CV 21-38-M-DLC-KLD |
| Plaintiff, | |
| vs. | ORDER OF RECUSAL |
| MARCUS DALY MEMORIAL HOSPITAL CORPORATION, | |
| Defendant. | |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington Lohn and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 1st day of April, 2021.

*/s/ Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge