IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANNA BERNSTEIN, | CV 21– 38–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MARCUS DALY MEMORIAL HOSPITAL CORPORATION, | |
| Defendant. | |

Before the Court is Plaintiff Anna Bernstein's Unopposed Motion to Dismiss FMLA Claim with Prejudice.  (Doc. 8.)  Plaintiff moves the Court for an order dismissing the fourth count of her complaint, alleging a violation of the Family and Medical Leave Act, 28 U.S.C. § 2601, et seq., with prejudice.  (*Id.* at 2.)  Because the motion is captioned "Unopposed," the Court presumes Defendant does not object.  (*Id.*)

Accordingly, IT IS ORDERED that the fourth cause of action in Plaintiff's complaint (Doc. 4), which complains of violations of the Family and Medical Leave Act, 28 U.S.C. § 2601, et seq., is DISMISSED with prejudice.

DATED this 12th day of April, 2021.

Dana L. Christensen, District Judge
United States District Court

- 1 -