IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANNA BERNSTEIN, | CV 21–38–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MARCUS DALY MEMORIAL HOSPITAL CORPORATION, | |
| Defendant. | |

Before the Court is Plaintiff Anna Bernstein's Unopposed Motion to Remand Removed Action. (Doc. 10.) Ms. Bernstein requests that this Court remand her action back to state court. (*Id.*) Defendant does not object. (*Id.*)

Following a case's removal to federal court, "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c). Subject matter jurisdiction depends on the existence of a federal question or complete diversity among the parties. *See* 28 U.S.C. § 1441(b)–(c). Neither is present in this case. The Court dismissed Ms. Bernstein's only federal cause of action (Doc. 9) and both parties are citizens of Montana (Doc. 4 at 1). In short, this Court lacks subject matter jurisdiction and remand is proper.

Accordingly, IT IS ORDERED that the motion (Doc. 10) is GRANTED.

IT IS FURTHER ORDERED that the above-captioned matter is REMANDED to Montana's Twenty-First Judicial District, Ravalli County.

The Clerk of Court is directed to close the case file.

DATED this 13th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court