OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For the District of Montana



Tyler P. Gilman
Clerk of Court

Beth Conley
Chief Deputy of Administration

Coleen Hanley
Chief Deputy of Operations

April 13, 2021

Clerk of District Court
Ravalli County Clerk of Court
205 Bedford Street, Suite D
Hamilton, MT 59840

Re:  Remand of District of Montana Case: CV-21-38-M-DLC,
Anna Bernstein vs Marcus Daly Memorial Hospital Corporation
Your Case Number:  DV-21-87

Dear Sir/Madam:

   Pursuant to the enclosed Order dated April 13, 2021, this case is remanded back to Ravalli County Clerk of Court.  An email will be sent with all of the documents in our case, as well as a copy of our docket sheet.

   Please acknowledge receipt of these enclosures on the copy of this letter and return to us in the envelope provided.  Thank you.

Sincerely,

/s/ Amanda Goodwin
Deputy Clerk, Missoula Division